RECEIVED
JUN 30 2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
Case No. 24-5955

JAMES STUART FALLER, II,
Plaintiff–Appellant,

v.

DEPARTMENT OF JUSTICE, et al.,
Defendants–Appellees.

## MOTION TO STAY ISSUANCE OF THE MANDATE

Pursuant to Federal Rule of Appellate Procedure 41(d)(1), Appellant James Stuart Faller, II respectfully moves this Court to stay the issuance of the mandate pending disposition of his concurrently filed Petition for Rehearing and *Rehearing En Banc*.

Good cause exists for a stay. Appellant's petition raises substantial questions regarding legal and factual errors in the panel's decision and addresses matters of exceptional importance, including government retaliation, constitutional deprivations under *Bivens* and § 1983, and misconduct impacting life and liberty interests. The relief sought includes reinstatement of the Complaint and reversal of the dismissal below.

Absent a stay, the mandate will issue prematurely, potentially mooting the petition and irreparably harming Appellant's rights. A short stay will not prejudice Appellees and is consistent with this Court's ordinary practice pending resolution of timely post-judgment petitions.

## RELIEF REQUESTED

Appellant respectfully requests that the Court stay the issuance of the mandate until final resolution of his Petition for Rehearing and Rehearing *En Banc*.

Respectfully submitted,

_____
James Stuart Faller, II
P.O. Box 121
Edgefield, SC 29824
706-564-6265
jsfaller@jsfii.com

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June 2025, a true and correct copy of the foregoing Motion to Stay the Mandate was served on all parties via the Court's CM/ECF system.

_____
James S. Faller, II



JSFII, LLC.
(Founding Member of U.S.
Justice Watch)
P.O. Box 121
Edgefield, South Carolina 29824

RECEIVED

JUN 30 2025

KELLY L. STEPHENS, Clerk

Clerk of Court
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988